## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 5:24-cv-02598-JFW-DFM | Date: | March 23, 2026 |
|---|---|---|---|
| Title | Manuel DeJesus Flores v. Cambell | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner(s): | Attorney(s) for Respondent(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On or about November 24, 2024, Petitioner Manuel DeJesus Flores, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. See Dkt. 1.

On January 14, 2026, the Court issued an order granting Petitioner's motion for a stay under Kelly v. Small, 315 F.3d 1063 (9th Cir. 2013). See Dkts. 24, 28. However, the Court's grant of Petitioner's stay request was subject to various conditions, including the following:

- Petitioner shall present his unexhausted claim in a petition for writ of habeas corpus that shall be filed in state court within thirty (30) days of the service date of this Order.

- Forthwith upon the filing of his state habeas petition, Petitioner shall lodge a conformed copy of the same with this Court.

- Assuming Petitioner does not obtain habeas relief from the California Supreme Court, the Petition shall be held in abeyance until thirty (30) days after the California Supreme Court issues an order denying Petitioner's state habeas petition. Within that period of time, Petitioner shall serve and file a motion to amend his Petition to add his newly exhausted claim. The motion to amend shall be made in strict compliance with Local Rules 15-1 and 15-2. The motion to amend must be accompanied by a proposed First Amended Petition that alleges only the currently exhausted claim as well as the newly exhausted claim. The proposed First Amended Petition must be complete in and of itself, and must not incorporate by reference any other pleading.

See Dkt. 28 at 8-9.

| CV-90 (12/02) | CIVIL MINUTES-GENERAL | Initials of Deputy Clerk: nb |
|---|---|---|
| | | Page 1 of 2 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

It has been over sixty (60) days since the Court issued its order granting Petitioner's motion for a <u>Kelly</u> stay. <u>See</u> <u>id.</u> Petitioner has not updated the Court as to his state habeas proceedings or lodged a copy of a newly filed state habeas petition.

It is Petitioner's responsibility to comply with the Court's orders and prosecute this action diligently. **Accordingly, the Court hereby ORDERS Petitioner to show cause in writing no later than twenty-eight (28) days from the date of this order why this action should not be dismissed for lack of prosecution. In lieu of a written response, the Court will construe the filing of a conformed copy of a newly filed state habeas petition presenting Petitioner's unexhausted claim as sufficient to discharge this Order.**